E-FILED
Thursday, 05 December, 2019  09:27:56 AM
Clerk, U.S. District Court, ILCD

DEC 0 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-20075_____ |
| ) | |
| JENNA FOREMAN, and ) | Title 21, United States Code, |
| PHILIP REDMOND, ) | Sections 846, 841(a)(1) and (b)(1)(A). |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
(Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but no later than on or about October 1, 2019, and continuing to on or about October 7, 2019, in Coles County, in the Central District of Illinois and elsewhere,

**JENNA FOREMAN and PHILIP REDMOND,**

defendants herein, did knowingly and intentionally conspire and agree with each other and other persons, both known and unknown to the grand jury, to possess with intent to distribute and to distribute controlled substances, specifically: (1) fifty grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A)(viii).

## COUNT 2
### (Possession of Methamphetamine With Intent to Distribute)

THE GRAND JURY CHARGES:

Beginning on an unknown date but no later than on or about October 1, 2019, and continuing to on or about October 7, 2019, in Coles County, in the Central District of Illinois and elsewhere,

**JENNA FOREMAN and PHILIP REDMOND,**

defendants herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Gregory Gilmore

JOHN C. MILHISER
United States Attorney
BDF   BPF

2